

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-00073-CV |
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER ) HEARING |
| Mario Otalora Luero, | ) |
| Defendant. | ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. ) § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the reasons stated on the record during the hearing, including the allegations in the violation report, defendant's criminal history, new convictions, and limited bail resources. All of which reflect unwillingness to comply with the terms of supervised release.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 3/19/24

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2